IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRUSTEES OF BOSTON UNIVERSITY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:13-cv-12338-PBS |
| | ) | |
| MICROSOFT CORP. | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## JOINT MOTION TO DISMISS

Plaintiff Trustees of Boston University ("Plaintiff") and Defendant and Counterclaim-Plaintiff Microsoft Corporation ("Defendant") have settled Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendant, and Defendant's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:   January 10, 2014

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY

*/s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111


 MICROSOFT CORPORATION

*/s/ Rodney E. Gould*
Rodney E. Gould (BBO#205420)
(rgould@rhglaw.com)
RUBIN, HAY & GOULD, P.C.
205 Newbury Street, P.O. Box 786
Framingham, Massachusetts 01701-0202
Tel: (508) 875-5222
Fax: (508) 879-6803